IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GENNADY PODOLSKY<br>a/k/a Dana Paulsen<br>a/k/a Dana Rodriguez | CRIMINAL CASE NO.<br>1:19-CR-0344-SCJ |

### ORDER

Defendant Gennady Podolsky entered a plea of guilty before this Court on October 27, 2020 to the Criminal Information as filed in case number 1:20-CR-0390-SCJ. The Court having imposed final sentence in that matter on January 27, 2021, and pursuant to the terms of the plea agreement, the Indictment as charged in the above-entitled criminal action is hereby **DISMISSED**.

**IT IS SO ORDERED** this 27th day of January, 2021.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE